## First Department, January, 1943.

### (January 11, 1943.)

In the Matter of the Will of Max S. Korn, Deceased. Milton Lehman, Respondent; Jennie Korn, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

### (January 15, 1943.)

Henry Mayersohn, Respondent, v. Milton Diamond, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Frank A. Ledwith, Respondent, v. Hugo Ignatius et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore. JJ. [179 Misc. 394.]

Stanley Clarke, as Trustee of Associated Gas and Electric Company, Debtor, et al., Respondents, v. Henry D. Fitch et al., Defendants, and The Public National Bank and Trust Company of the City of New York, Defendant-Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of Fred C. Begelspiker et al., Respondents, against Metropolitan Savings Bank, Defendant. Sam Feldman (I. Mallin & Co.), Appellant.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.